# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY DELUNA an individual, and GREGORY O'NEILL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UDR MARINA POINTE LLC, a Delaware limited liability company; dba The Westerly on Lincoln; COLUMBIA DEBT RECOVERY, LLC, a California limited liability company dba Genesis Credit Management; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and TRANSUNION LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV 22-549-GW-AFMx<br><br>JUDGMENT |

This matter was decided by the Hon. George H. Wu via summary judgment on April 24, 2023.

///

///

///

///

Defendant UDR MARINA POINTE, LLC (UDR)'s Motion for Summary Judgment (ECF No. 70) and Defendant COLUMBIA DEBT RECOVERY, LLC (Columbia)'s Motion for Summary Judgment (ECF No. 72) came on regularly for hearing in Courtroom 9D of the United States District Court, Central District, the Hon. George H. Wu presiding.

The Court **GRANTED** UDR's Motion for Summary Judgment in its entirety as to the First Claim for Relief for Intentional Violation of the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681s-2, the Second Claim for Relief for Negligent Violation of the FCRA, 15 U.S.C. §1681s-2, the Sixth Claim for Relief for Unfair Collection Practice (FDCPA), and the Seventh Claim for Relief for Violation of the UCL as alleged in the Complaint of Plaintiff PERRY DELUNA (Plaintiff).

The Court **GRANTED** Columbia's Summary Judgment as to the Third Claim for Relief for Intentional Violation of the FCRA, 15 U.S.C. §1681e, the Fourth Claim for Relief for Negligent Violation of the FCRA, 15 U.S.C. §1681e, and the Fifth Claim for Relief, California Civil Code §1785.16 as alleged in Plaintiff's Complaint.

The Court **DENIED** Columbia's Motion for Summary Judgment as to the sole remaining claim, the Sixth Claim for Relief under the FDCPA.

The Court has ordered that Plaintiff recover nothing, and the action against UDR be dismissed on the merits to the extent detailed above, and the Third, Fourth and Fifth claims against Columbia be dismissed on the merits to the extent detailed above.  Only the Sixth claim against Columbia remains.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered in favor of UDR and against Plaintiff. Plaintiff is to take nothing by way of his Complaint against UDR and the action as against UDR is dismissed on the merits as detailed above.

2. Judgment is hereby entered in favor of Columbia and against Plaintiff only as to the Plaintiff's Third and Fourth claims (FRCA) and Fifth claim (CCRAA) in his Complaint.

DATED: May 1, 2023

_____
Hon. George H. Wu
United States District Judge