Lawrence C. Ecoff, Esq. (SBN 143814)
Kevin T. Kay, Esq. (SBN 204068)
**ECOFF CAMPAIN & KAY, LLP**
A Limited Liability Partnership
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:    (310) 887-1850
Facsimile:    (310) 887-1855
Email:        ecoff@ecofflaw.com
              kevin@ecofflaw.com

Attorneys for Plaintiff
PERRY DeLUNA

J. Grace Felipe (SBN 190893)
felipeg@cmtlaw.com
Calvin W. Davis, Esq. (SBN 306264)
davisc@cmtlaw.com
**CARLSON & MESSER, LLP**
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendants,
UDR MARINA POINTE, LLC and
COLUMBIA DEBT RECOVERY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY DeLUNA, an individual, and GREGORY O'NEILL, an individual, <br><br> Plaintiffs, <br> vs. <br><br> UDR MARINA POINTE, LLC, a Delaware limited liability company; dba The Westerly on Lincoln; COLUMBIA DEBT RECOVERY, LLC, a California limited liability company dba Genesis Credit Management; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and TRANSUNION LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: 2:22-cv-00549 <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED by and between Plaintiff Perry DeLuna ("Plaintiff") and Defendant Columbia Debt Recovery, LLC ("Columbia"), by and through their undersigned counsel, for Dismissal of Action with Prejudice and to Retain Jurisdiction to Enforce Settlement with Columbia.

WHEREAS, on January 25, 2021, Plaintiff filed a Complaint for Damages and Injunctive Relief for Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.; California *Civil Code* §1785; Unfair Collection Practices; and *Business and Professions Code* §17200;

WHEREAS, Columbia is the sole remaining defendant in this action;

WHEREAS, Plaintiff and Columbia entered into a settlement of the action;

WHEREAS, the terms of the settlement will not be completed for a period of twelve months beginning in December 2023;

WHEREAS, Plaintiff and Columbia hereby request, pursuant to Federal Rules of Civil Procedure 41(a)(1), dismissal of the action with prejudice, with each party to bear their own attorneys' fees and costs, and for the Court to retain ancillary jurisdiction to enforce the terms of the settlement.

Date: November 21, 2023　　　　　**CARLSON & MESSER, LLP**

By: /s/ J. Grace Felipe
J. GRACE FELIPE
CALVIN W. DAVIS

Attorneys for Defendants
UDR MARINA POINTE, LLC and
COLUMBIA DEBT RECOVERY, LLC

Date: November 21, 2023　　　　　**ECOFF CAMPAIN & KAY, LLP**

By: /s/ Kevin T. Kay
LAWRENCE C. ECOFF
KEVIN T. KAY
Attorneys for Plaintiff
PERRY DE LUNA