JS-6

Lawrence C. Ecoff, Esq. (SBN 143814)
Kevin T. Kay, Esq. (SBN 204068)
**ECOFF CAMPAIN & KAY, LLP**
A Limited Liability Partnership
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:    (310) 887-1850
Facsimile:    (310) 887-1855
Email:        ecoff@ecofflaw.com
              kevin@ecofflaw.com

Attorneys for Plaintiff
PERRY DeLUNA

J. Grace Felipe (SBN 190893)
felipeg@cmtlaw.com
Calvin W. Davis, Esq. (SBN 306264)
davisc@cmtlaw.com
**CARLSON & MESSER, LLP**
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendants,
UDR MARINA POINTE, LLC and
COLUMBIA DEBT RECOVERY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY DeLUNA, an individual, and GREGORY O'NEILL, an individual,<br><br>Plaintiffs,<br>vs.<br><br>UDR MARINA POINTE, LLC, a Delaware limited liability company; dba The Westerly on Lincoln; COLUMBIA DEBT RECOVERY, LLC, a California limited liability company dba Genesis Credit Management; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and TRANSUNION LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  CV 22-549-GW-AFMx<br><br>**ORDER OF DISMISSAL OF ACTION AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

---

1
**ORDER OF DISMISSAL**

## ORDER

Plaintiff Perry DeLuna and Defendant Columbia Debt Recovery, LLC have announced to the Court that all matters in controversy against Columbia Debt Recovery, LLC have been resolved. A Stipulation of Dismissal with Prejudice of the Action and for the Court to Retain Jurisdiction to Enforce Settlement Agreement between Plaintiff Perry DeLuna and Defendant Columbia Debt Recovery, LLC, has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice and to Retain Jurisdiction to Enforce Settlement, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Perry DeLuna against Defendant Columbia Debt Recovery, LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

IT IS FURTHER ORDERED that the Court retains ancillary jurisdiction to enforce the terms of the settlement entered into between Plaintiff Perry DeLuna and Defendant Columbia Debt Recovery, LLC.

DATED: November 22, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE